UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: <u>16-60339-CR-MORENO(s)</u>
18 U.S.C. § 1001(a)(2)

UNITED STATES OF AMERICA

vs.

HENRI SHUSHAN,

        **Defendant.**

_____/

FILED BY *TB* Deputy Clerk
Mar 20, 2017
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

## SUPERSEDING INFORMATION

The Acting United States Attorney charges:

### COUNT 1
### False Statements
### (18 U.S.C. § 1001(a)(2))

On or about November 14, 2016, in Broward County, in the Southern District of Florida, in a matter within the jurisdiction of the Federal Bureau of Investigation ("FBI"), an agency of the executive branch of the Government of the United States, the defendant,

**HENRI SHUSHAN,**

did knowingly and willfully make a false, fictitious, and fraudulent statement as to a material fact, in that the defendant represented to an agent of the FBI that the 23mm ammunition to be exported was being sent to South Africa as its final destination, when in truth and in fact, and as the defendant then and there well knew, the 23mm ammunition to be exported was not being sent to

South Africa as its final destination, in violation of Title 18, United States Code, Section 1001(a)(2).

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

MICHAEL WALLEISA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

HENRI SHUSHAN

_____Defendant._____/

CASE NO.   16-60339-CR-MORENO

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

Miami  x   Key West ___
FTL ___   WPB ___   FTP ___

New Defendant(s) ___ Yes  x  No
Number of New Defendants ___
Total number of counts   1

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   YES
   List language and/or dialect   HEBREW

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                   (Check only one)

   I    0 to 5 days      X
   II   6 to 10 days     ___        Petty    ___
   III  11 to 20 days    ___        Minor    
   IV   21 to 60 days    ___        Misdem.  ___
   V    61 days and over ___        Felony   X

6. Has this case been previously filed in this District Court?   No   (Yes or No)
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers:   16-6489 Seltzer; 16-6491 Seltzer; 16-6490 Seltzer
   Defendant(s) in federal custody as of   11-15-16
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case?   X  No   (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes   X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ___   X  No

_____
MICHAEL G. WALLEISA,
ASSISTANT U.S. ATTORNEY
Florida Bar No. 539570

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: HENRI SHUSHAN

**Case No**: _____

Count:   1

Making Materially False Statements

Title 18, United States Code, Section 1001(a)(2)

\* **Max. Penalty:** 5 Years' Imprisonment

Count:


\***Max. Penalty:**

Count:


\***Max. Penalty:**

Count:


\***Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   16-60339-CR-MORENO(S) |
| HENRI SHUSHAN, | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____ELAN BARET_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*